AO 91 (Rev. 11/11)  Criminal Complaint

AUSA: Diane Princ   Telephone: (313) 226-9100
Task Force Officer: Eric Smigielski, A.T.F.   Telephone: (313) 234-3400

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Malik Ketu CRAWFORD

Case No. Case: 2:20−mj−30416
Assigned To : Unassigned
Assign. Date : 10/2/2020
USA V. SEALED MATTER (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 20, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Task Force Eric Smigielski.A.T.F.
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: October 2, 2020

City and state: Detroit, Michigan

_Judge's signature_

Hon. R. Steven Whalen, U.S. Magistrate Judge
_Printed name and title_

Save   Print

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Eric M Smigielski, being duly sworn, depose and state the following:

### I.   INTRODUCTION

1. I am a Detroit Police Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been a Detroit Police Officer since September 2001, and assigned to the ATF since October 2016. I have been involved in numerous investigations and criminal prosecutions related to violations of federal firearm laws.

2. The information below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. I am currently investigating Malik Ketu CRAWFORD (DOB XX/XX/1997) for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

4. I reviewed a computer printout of CRAWFORD's criminal history ("CCH").  CRAWFORD has the following conviction out of the Second Judicial Circuit in Berrien County:   2016 – felony unarmed robbery.

## II.   SUMMARY OF THE INVESTIGATION

5. On September 20, 2020, at approximately 4:08 p.m., Detroit Police officers were on patrol in the area of Waltham and Eastburn, in the City of Detroit. Officers observed Crawford walking north on the sidewalk on Waltham Street. Officers could see the handle of a pistol protruding from CRAWFORD's front right pants pocket.

6. Officers exited their scout car and approached CRAWFORD. CRAWFORD did not have CPL (Concealed Pistol License), and officers seized a loaded, .45 ACP silver and black Ruger, Model P90, with a defaced serial number from CRAWFORD's right front pants pocket. CRAWFORD acknowledged his status as a felon who had previously been on parole supervision to the officers.

7. I contacted ATF Special Agent Nathan Triezenberg, an expert in the Interstate Nexus of firearms. Agent Triezenberg stated the firearm, based on the description provided, without physically examining it, was manufactured outside of the state of Michigan and therefore had traveled in and affected interstate commerce.

## III. CONCLUSION

Probable cause exists that Malik Ketu CRAWFORD, a convicted felon, did knowingly and intentionally possess a firearm, which travelled in and affected interstate commerce, in violation of Title 18 U.S.C. § 922(g)(1).

Eric M Smigielski
Task Force Officer, ATF

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HON. R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

October 2, 2020